No. — – —. WRIGHT *v.* ALEXANDRIA DIVISION OF SOCIAL SERVICES. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. — – —. ERVIN *v.* SMITH, WARDEN, ET AL.; and
No. — – —. GRAHAM *v.* TEXAS ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. D–1425. IN RE DISBARMENT OF ABRAMS. Disbarment entered. [For earlier order herein, see 512 U. S. 1268.]

No. D–1434. IN RE DISBARMENT OF PERRY. Disbarment entered. [For earlier order herein, see 512 U. S. 1275.]

No. D–1442. IN RE DISBARMENT OF FELDMAN. Disbarment entered. [For earlier order herein, see 512 U. S. 1276.]

No. D–1445. IN RE DISBARMENT OF SPARROW. Disbarment entered. [For earlier order herein, see 512 U. S. 1276.]

No. D–1446. IN RE DISBARMENT OF KENDERIAN. Disbarment entered. [For earlier order herein, see 512 U. S. 1276.]

No. D–1447. IN RE DISBARMENT OF CREGAN. Disbarment entered. [For earlier order herein, see 512 U. S. 1276.]

No. D–1448. IN RE DISBARMENT OF CROWLEY. Disbarment entered. [For earlier order herein, see 512 U. S. 1277.]

No. D–1449. IN RE DISBARMENT OF LEVINE. Disbarment entered. [For earlier order herein, see 512 U. S. 1277.]

No. D–1465. IN RE DISBARMENT OF GOODMAN. It is ordered that Lennard S. Goodman, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.